IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

IN RE: James Dyer and Tracy Dyer

CASE NO: 6:19-bk-73449 R

Chapter 13

## CHAPTER 13 ORDER DISMISSING CASE
## FOR VIOLATING STRICT COMPLIANCE ORDER

COMES NOW THE COURT and finds that an order was entered in the above styled case on April 20, 2023, Docket Entry [123], requiring the debtor to make specific payments to the Trustee. The order further provided that the case was to be dismissed if payments were not submitted as required. The court finds that the payments have not been submitted as required and, therefore, the case should be, and hereby is, dismissed for failure of the debtor to comply with the court's order of April 20, 2023.

IT IS SO ORDERED.

Date: 10/11/2023

/s/ Bianca M. Rucker

Bianca M. Rucker
U.S. Bankruptcy Judge

cc: Jack W Gooding, Trustee

The Honey Law Firm
P O Box 1254
Hot Springs, AR 71902

James Dyer and Tracy Dyer
1716 Cherry Lane
Malvern, AR 72104

All Creditors